**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,                  :     No. 209 MM 2017
                                                :
                                                :
                    Respondent                  :
                                                :
                                                :
                                                :
                v.                              :
                                                :
                                                :
                                                :
SANTOS B. RAMOS-RODRIGUEZ,                       :
                                                :
                    Petitioner

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of February, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.